# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-531-RJC-DCK

| | |
|---|---|
| **BICYCLE LLC, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| **ALEJANDRO MAYORKAS, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion For Stay" (Document No. 7) filed January 23, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Consent Motion For Stay" (Document No. 7) is **GRANTED**. This case is hereby **STAYED** pending the outcome of the administrative proceeding.

**IT IS FURTHER ORDERED** that the parties shall file a joint Status Report on or before **April 22, 2024**, and every ninety (90) days thereafter.

**SO ORDERED**.

Signed: January 23, 2024

David C. Keesler
United States Magistrate Judge